**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| American Family Mutual Insurance, a Wisconsin corporation,<br><br>          Plaintiff,<br><br>vs.<br><br>Charles Roe, Sr., and Betsy Roe, each individually and as natural parents and next best friend of Charles Roe, Jr., a minor child; Cole Poe, a minor child; and John and Jane Poe, a married couple,<br><br>          Defendants. | No. CV 07-0709-PHX-JAT<br><br>**ORDER** |

Pending before the Court is Defendants John and Jane Poe's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Doc. # 24). In the motion, Defendants state that jurisdiction is based on 28 U.S.C. § 1332, which requires complete diversity and an amount in controversy greater than $75,000.00. Defendants then argue there is no amount in controversy because Plaintiff is seeking declaratory relief. As a result, Defendants conclude that the action must be dismissed for lack of subject matter jurisdiction.

Contrary to Defendants' argument, it is well settled that the Court considers the value of the object of the litigation for purposes of determining the amount in controversy in a declaratory judgment action. *Cohn v. Petsmart, Inc.*, 281 F.3d 837, 840 (9th Cir. 2002) (citing *Hunt v. Washington State Apple Advertising Commission*, 432 U.S. 333, 347 (1977)).

1  In this case, the object of the litigation is an insurance policy issued by Plaintiff. As Plaintiff
2  states in its Complaint, the insurance policy provides personal liability coverage with a limit
3  of $100,000.00 for covered losses, which limit is greater than the amount in controversy
4  requirement. Therefore, the Court has subject matter jurisdiction.

5  For the foregoing reasons,

6  **IT IS ORDERED** that Defendants' Motion to Dismiss for Lack of Subject Matter
7  Jurisdiction (Doc. # 24) is DENIED.

8  DATED this 2nd day of August, 2007.

James A. Teilborg
United States District Judge